# AFTER VISIT SUMMARY


NYU Langone Health

**Aaron Abadi** ▮▮▮▮▮▮▮  📅 5/6/2021  3:30 PM  📍 Preston Robert Tisch Center for Men's Health  646-754-2000

---

## Instructions  from Ian Lustbader, MD

### 💊 Today's medication changes
➡ **START taking:**
▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮

Accurate as of May 6, 2021  9:17 PM.
**Review your updated medication list below.**

---

### 🛒 Pick up these medications at CVS/pharmacy #2716 Cor of Nassau 129 Fulton St, New York, NY 10038-2716  212-233-5021  212-233-7153
▮▮▮▮▮▮▮
Your estimated payment per fill: $0

Address:   129 Fulton St, New York NY 10038-2716
Phone:     212-233-5021

---

### 🧪 Labs ordered today
URINALYSIS (NO CULTURE) WITH REFLEX TO MICROSCOPY
Please complete by 5/6/2021

---

### 📅 Return in about 6 months
(around 11/6/2021) for repeat labs, review meds, renew meds, follow up symptoms.

---

## Today's Visit

 You saw Ian Lustbader, MD on Thursday May 6, 2021 for:
- ▇▇▇▇▇▇▇▇▇▇
- ▇▇▇▇▇▇▇▇▇▇
- ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

The following issues were addressed:
- ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
- ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
- ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
- ▇▇▇▇▇▇▇▇▇▇
- Sensory integration disorder
- ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
- ▇▇▇▇▇▇▇▇▇▇▇▇

| Blood Pressure | BMI | Weight | Height |
|---|---|---|---|
| 158/93 | 28.05 | 211 lb 10.3 oz | 6' 0.84" |

| Temperature (Oral) | Pulse | Oxygen Saturation | |
|---|---|---|---|
| 98.3 °F | 89 | 98% | |

### Done Today
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇
▇▇▇▇
▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

### Immunizations Given
▇▇▇▇▇▇

### What's Next

**JUL 28 2021** — **New Patient Appointment with John G Zampella, MD**
Wednesday July 28 1:30 PM
Please arrive 15 minutes prior to your appointment time.
Bring your insurance card and photo identification.
Bring your MD referral/pre-certification (if applicable).
Bring a copy of your medical records, recent test results (including labs, X-ray, CT, etc,) that relate to the reason for your visit.
Bring the name and phone number of your primary and referring MD.
Be prepared to pay any co-payments or patient responsible balances at the time of your appointment.

Preston Robert Tisch Center for Men's Health
555 Madison Ave
New York NY 10022-3301
646-754-2000

| | | |
|---|---|---|
| **SEP**<br>**1**<br>2021 | **Physical with Yelena Karasina, MD**<br>Wednesday September 1 11:00 AM<br>Arrive 15 minutes prior to appointment. | NYU Langone Ambulatory Care West Side<br>355 West 52nd St<br>New York NY 10019-6239<br>646-754-2100 |
| **OCT**<br>**27**<br>2021 | **Follow Up Appointment with Ian Lustbader, MD**<br>Wednesday October 27 4:30 PM<br>Arrive 15 minutes prior to appointment. | Preston Robert Tisch Center for Men's Health<br>555 Madison Ave<br>New York NY 10022-3301<br>646-754-2000 |

## NYU Langone Health App & MyChart

- Download the NYU Langone Health app on the **App Store** or **Google Play** to stay connected to your care anytime and anywhere.
- Sign in with your NYU Langone Health MyChart account username and password.
- You can schedule appointments, view test results, request prescription refills, send secure messages to your providers, have a virtual urgent care visit, and more.

## Your Medication List as of May 6, 2021 9:17 PM

ⓘ For your privacy, any medications your clinician marked as private are not included in this list. This message appears even if the list is complete. If you have any questions about a medication you don't see here, contact your doctor. Always use your most recent med list.



## Access to Clinical Notes and Test Results

At NYU Langone Health, we believe that sharing information supports patients taking an active role in their health. In support of this, clinical notes and test results are made available to patients in MyChart and the NYU Langone Health App, as soon as they are available. This is in accordance with the 21st Century Cures Act, which is intended to give patients and their healthcare providers secure access to health information. (www.healthit.gov/curesrule)

This means that a patient may see test results before their health care provider does. If you do access your test results right away, please keep in mind that some results may be hard to interpret without guidance from a health care professional. All results will be reviewed by members of your care team. They will continue to follow-up with you as they have done in the past.

## Allergies as of 5/6/2021
No Known Allergies

**If you feel that any of the information in this summary is inaccurate, please talk with your healthcare provider.**

## Information About Medication Safety

It is important to keep an updated record of the medications you are taking, and to bring this updated list of medications every time you visit your Health Care Provider and when you come to the hospital. We want to help you in managing your medications safely after your visit or discharge. This includes the potential side effects of your medications. If you have any questions regarding the medications you are taking, please speak to your Health Care Provider or Pharmacist.

## Have questions about your bills?

Our physician and hospital customer service representatives are available to answer any billing questions: https://nyulangone.org/insurance-billing-financial-assistance

    Physician Billing: 1 - 877 - 648 - 2964
    Hospital Billing:  1 - 800 - 237 - 6977

## Finding a Physician Within NYU Langone Health

As one of the nation's premier academic medical centers, NYU Langone Health is devoted to excellence in patient care, education, and research. We are proud that our care team includes leading specialists for every condition.

Should you need assistance finding a physician or service, please visit us on our website at https://nyulangone.org/doctors.

To reach us by phone:
NYU Langone Physician Referral Services – (855) 314-2978
NYU Langone Orthopedic Hospital – (888) 453-3627
Family Health Centers at NYU Langone – (718) 630-7942

    Additional resources include:

    National Suicide Prevention Hotline – **(800) 273-8255**
    NYC Suicide Hotline – **(888) 692-9355**

