EXHIBIT  G

**aa@neg.com**

| | |
|---|---|
| **From:** | Amtrak Customer Support <customersupportcmmail@amtrak.com> |
| **Sent:** | Friday, August 20, 2021 10:40 PM |
| **To:** | aa@neg.com |
| **Subject:** | Accessibility Requests/Feedback [#05802328] ref:_00D0bRJDS._5005a1sybqE:ref |

Dear Customer,

Thank you for contacting Amtrak. We respond to online inquiries 7 days a week between the hours of 8 am and 10 pm (ET). E-mails are answered in the order that they are received. We will respond as soon as possible.

Sincerely,
Amtrak Customer Service

ref:_00D0bRJDS._5005a1sybqE:ref



[Amtrak.com](Amtrak.com) | [Routes & Stations](Routes & Stations) | [Deals](Deals) | [Plan a Trip](Plan a Trip) | [Help](Help)

Subject: Accessibility Requests/Feedback

Nature of Comment:

Name: Aaron Abadi
Email: aa@neg.com
Phone Number: (516) 639-4100
Amtrak Guest Rewards #: 7021470351

Reservation Number:

Trip/Event Date: 8/20/2021

Message:
I have a medical disability and cannot wear a mask. Who can I speak to in order to provide the necessary info, so that I can travel without a mask

**aa@neg.com**

| | |
|---|---|
| **From:** | Amtrak Customer Support <customersupportcmmail@amtrak.com> |
| **Sent:** | Friday, August 27, 2021 4:27 PM |
| **To:** | aa@neg.com |
| **Subject:** | Accessibility Requests/Feedback [#05802328]    [ ref:_00D0bRJDS._5005a1sybqE:ref ] |

Dear Aaron Abadi,

Thank you for contacting us.

Amtrak's goal is to provide safe, efficient, and comfortable travel to all our passengers.  We are committed both to the letter and spirit of the Americans with Disabilities Act.  Our services are calibrated to ensure that we provide full access to our passengers with disabilities.

Per federal law and Amtrak policy, all customers in stations and on board trains and thruway buses are required to wear a face mask or covering that fully covers the entire mouth and nose, fits snugly against the side of the face, and secures under the chin at all times.  Passengers who are unable to wear a face mask due to a disability may request an exemption.  Such requests must be made at least 72 hours in advance over the phone with our agents at 1-800-USA-RAIL.  Amtrak authorizes exemptions only on a case-by-case basis, and a request is not a guarantee that an exemption will be granted.  If approved, additional safety precautions will be required.

We hope this information is helpful and look forward to serving you aboard Amtrak.

Sincerely,

Alicia M.

Amtrak

1

Case ID: 05802328

Amtrak.com | Routes & Stations | Deals | Plan a Trip | Help

Amtrak is a registered service mark of the National Railroad Passenger Corporation.



ref:_00D0bRJDS._5005a1sybqE:ref

**aa@neg.com**

| | |
|---|---|
| **From:** | aa@neg.com |
| **Sent:** | Thursday, September 16, 2021 8:23 AM |
| **To:** | civil.rights@dot.gov |
| **Cc:** | aa@neg.com |
| **Subject:** | FW: AT2021090019 - (AARON ABADI) MZ2399 |

Hi
Below is a complaint against Amtrak that I submitted to the DOT complaint portal.
They said that it was forwarded to your office.
What is required to begin a formal complaint process for disability discrimination against Amtrak?
Thank you,

Aaron Abadi
516-639-4100

---

**From:** alex.taday@dot.gov <alex.taday@dot.gov>
**Sent:** Tuesday, September 7, 2021 1:40 PM
**To:** AA@NEG.COM
**Cc:** alex.taday@dot.gov
**Subject:** AT2021090019 - (AARON ABADI) MZ2399

Mr. Abadi:

You complaint against Amtrak has been referred to the Federal Railroad Administration's Office of Civil Rights for handling.  Contact information for that office can be found on their website at https://railroads.dot.gov/office-administrator/office-civil-rights/office-civil-rights

Alexander A. Taday
Director of Civil Rights Advocacy
Office of Aviation Consumer Protection
US Department of Transportation

| Case Number: AT2021090019 | | | | | |
|---|---|---|---|---|---|
| **Consumer Information** | | | | | |
| **Inquirer Type** | **Name** | **Address** | **E-mail Address** | **Office Phone** | **Home Phone** |
| AA | MR AARON ABADI | 82 NASSAU STREET, APT140 NEW YORK NY 10038 | AA@NEG.COM | 5166394100 | 5166394100 |

| Complaints Information | | | |
|---|---|---|---|
| **Complaint Code** | **Carrier Name** | **Flight Date** | **Flight Itinerary** |
| MZ2399 | AMTRAK | 01/22/2021 | ACELA 2170 PHL TO NEWARK |

**Description of Problem/Inquiry**
I was on the train without a mask leaving Philadelphia station, heading to New York City. I have a medical disability that causes me not to wear a mask. Specifically sensory integration disorder. The person checking the tickets on the train (Acela 2170 at 4:45PM Jan 22, 2021 … in car 6 my seat 17F) asked me to wear a mask. I explained about my disability. He said then you cannot travel on Amtrak. I explained to him that federal guidelines, and the States of NJ, PA, and NY all exempt me from wearing a mask, and that the ADA laws require him to accommodate me. He yelled at

1

me and said "no, you cannot be on the train at all, and we are not bound by any of those laws." Thankfully, the train already started moving, so he couldn't throw me off. Again, I contacted Amtrak on 08/20/2021. this time they were a bit more cooperative. They stated that an exemption was possible, but not guaranteed, and there were restrictions in place that made it very difficult for me. A normal person can just go to an Amtrak train, hop on and get to their destination. I would be required to write letters and give advance notice, and yet not be sure if I will be allowed to ride anyway. If that isn't discrimination, I don't know what is. They should just accept the letter that I sent them and put a note on my account that I've been approved for maskless traveling. Simple, just like Air France did. These complex approval processes are deliberately put in place to deter and make it almost impossible to travel.