An official website of the United States government  Here's how you know


United States Department of Transportation

U.S. Department of Transportation
Federal Railroad Administration

EXHIBIT I

Search

Home / Grants & Loans / Directed Grant Programs

- Directed Grant Programs
- Alaska Railroad
- Federal Grants to Amtrak
- Railroad Safety State Participation Grant Program
- Special Transportation Circumstances

## Related Links

- Amtrak Website
- Amtrak Annual Grants Fact Sheet
- Amtrak BIL Supplemental Authorizations Grants Fact Sheet

# Federal Grants to Amtrak

FRA executes and oversees grant agreements with the National Railroad Passenger Corporation (Amtrak) to provide Amtrak with federal funds appropriated by Congress. In conjunction with operating revenues and funds from states, local governments, and other entities, Amtrak uses federal funds for a wide range of its operating and capital activities, including a portion of its operating expenses, capital maintenance of fleet and infrastructure, capital expansion and investment programs, and capital debt repayment.

The Department of Transportation, through its annual budget submission, and Amtrak, through its annual Grant and Legislative Request, provide Congress with recommended appropriation amounts.

The Fixing America's Surface Transportation Act of 2015 (FAST Act) modified parts of the process used to provide federal appropriations to Amtrak. Previously, Amtrak's annual federal funding was provided as an operating grant and a capital and debt service grant. Beginning with FY 2017, and as a result of the FAST Act, Amtrak's federal grants will align with Amtrak's new Account Structure (Sec. 11201 of the FAST Act), with one grant to the Northeast Corridor Account and one to the National Network Account.

The table below shows Amtrak's federal appropriations since its creation through FY 2016, combining both operating and capital grants. The amount includes $3,937.3 million spent by FRA on the Northeast Corridor Improvement Project between 1976 and 1998, though not any federal loans or loan guarantees. This amount excludes an additional $1.3 billion in capital funds appropriated for Amtrak in the American Recovery and Reinvestment Act of 2009 (ARRA).

| Fiscal Year | Annual Total $ millions |
| --- | --- |
| 1971-72 | $40.0 |
| 1973 | $170.0 |
| 1974 | $140.0 |
| 1975 | $276.5 |
| 1976 (incl. transition quarter to new fiscal calendar) | $651.2 |
| 1977 | $800.7 |
| 1978 | $1,116.0 |
| 1979 | $1,269.0 |
| 1980 | $1,244.4 |
| 1981 | $1,256.3 |
| 1982 | $905.0 |
| 1983 | $895.0 |
| 1984 | $816.4 |
| 1985 | $711.6 |
| 1986 | $602.7 |

| Year | Amount |
|---|---|
| 1987 | $624.0 |
| 1988 | $608.4 |
| 1989 | $603.6 |
| 1990 | $629.1 |
| 1991 | $815.1 |
| 1992 | $856.0 |
| 1993 | $891.1 |
| 1994 | $908.7 |
| 1995 | $972.0 |
| 1996 | $750.0 |
| 1997 | $843.0 |
| 1998 | $1,686.0 |
| 1999 | $1,701.2 |
| 2000 | $571.0 |
| 2001 | $520.3 |
| 2002 (incl. $205 mid-year supplemental) | $831.5 |
| 2003 | $1,043.2 |
| 2004 | $1,217.8 |
| 2005 | $1,207.3 |
| 2006 | $1,293.6 |
| 2007 | $1,293.6 |
| 2008 | $1,325.0 |
| 2009 | $1,490.0 |
| 2010 | $1,565.0 |
| 2011 | $1,483.7 |
| 2012 | $1,418.0 |
| 2013 | $1,344.0 |
| 2014 | $1,390.0 |
| 2015 | $1,390.0 |
| 2016 | $1,385.0 |
|  |  |
| SOURCE - FRA Records |  |

Last updated: Thursday, March 31, 2022

U.S. DEPARTMENT OF TRANSPORTATION

**Federal Railroad Administration**

1200 NEW JERSEY AVENUE, SE

WASHINGTON, DC 20590

202-366-4000

[Subscribe To Email Updates](#)

   

| About Us | Areas of Interest | I Am A… | Policies, Rights, Legal |
|---|---|---|---|
| About FRA | Bipartisan Infrastructure Law | Railroad Traveler | About DOT |
| Careers | Safety Data | Railroad Inspector | Budget and Performance |
| Contact Us | Buy America | Reporter | Civil Rights |
| FRA Civil Rights | Operation Lifesaver | Educator/Student | FOIA |
| Doing Business with FRA | Railroad Safety Advisory Committee | | Information Quality |
| Grants and Financial Assistance | FRA Secure Area | | No FEAR Act |
| Safety Management Teams | Proactive Disclosure | | Office of Inspector General |
| | | | Privacy Policy |
| | | | USA.gov |
| | | | Web Policies and Notices |
| | | | Web Standards |