EXHIBIT J



**NYU LANGONE EYE CENTER**
222 East 41st St
3rd & 4th Floors
New York NY 10017-6739
Phone: 212-263-2573
Fax: 212-263-2574

Patient Name: Aaron Abadi
Date of Birth: ▮▮▮▮
Date of Examination: 6/14/2021

To Whom It May Concern:

Mr. Abadi suffers from sensory processing disorder, a condition in which he is extremely sensitive to touch. He does not tolerate anything contacting his face and head, which makes him intolerable to glasses wear. Contact lenses, particularly Acuvue 1 Day Moist, are medically necessary for Mr. Abadi due to his condition.

Please feel free to contact me with any questions.

Sincerely,

*[signature]*
Gee Hyun Chun, OD